# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Computer servers at Microsoft, an e-mail provider located<br>at One Microsoft Way, Redmond, WA 98052-6399 | )<br>)<br>)<br>)    Case No.  17-mj-123-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Computer servers at Microsoft, an e-mail provider located at One Microsoft Way, Redmond, WA 98052-6399

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments A & B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 331(a)(d); 21 USC 841(a); 18 USC 2320(a)(4); 18 USC 545 | introduction of misbranded and unapproved new drugs into interstate commerce; distribution of controlled substances; trafficking in counterfeit drugs; smuggling |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ David Furtado
*Applicant's signature*

David Furtado, Special Agent, FDA/Criminal Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/05/2017 _____

*Andrea K. Johnstone*
*Judge's signature*

City and state:  Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge